**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to DECEDENT ARZOLA, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANAHEIM; CHIEF OF POLICE RICK ARMENDARIZ, in his official capacity; DOE SHOOTER OFFICER in his individual and official capacity; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-02872-MRA-ADS<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT [20]** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the plaintiffs are granted leave to file a First Amended Complaint and shall have until April 17, 2026, to do so.  If no First Amended Complaint is filed by that date, any served defendant shall have until April 25, 2026, to respond to the original Complaint.  If a First Amended Complaint is filed, the deadline for any served defendant to respond to the First Amended Complaint shall be 21 days after the filing and service of that pleading.

IT IS SO ORDERED.

DATED: April 9, 2026

_____
Honorable Mónica Ramírez Almadani
United States District Judge

-1-

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT