# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to DECEDENT ARZOLA, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANAHEIM; CHIEF OF POLICE RICK ARMENDARIZ, in his official capacity; DOE SHOOTER OFFICER in his individual and official capacity; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-02872-MRA-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

IT IS HEREBY ORDERED that the Motion to Dismiss the First Amended Complaint filed by the defendants is granted.  Chief Rick Armendariz is dismissed from the action, with prejudice.  Claims 5, 6 and 7 are dismissed.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Mónica Ramírez Almadani
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS