STEVEN J. ROTHANS – State Bar No. 106579
JILL WILLIAMS - State Bar No. 221793
CARPENTER, ROTHANS & DUMONT LLP
500 South Grand Avenue, 19th Floor
Los Angeles, California 90071
(213) 228-0400 / (213) 228-0401 (Fax)
srothans@crdlaw.com / jwilliams@crdlaw.com

ROBERT FABELA, CITY ATTORNEY
GREGG AUDET – State Bar No. 158682
Assistant City Attorney
200 S. Anaheim Boulevard, Suite 356
Anaheim, CA  92805
(714) 765-5169 / (714) 765-5123 [Fax]
gaudet@anaheim.net

Attorneys for Defendants,
City of Anaheim and Chief Rick Armendariz

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to DECEDENT ARZOLA, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANAHEIM; CHIEF OF POLICE RICK ARMENDARIZ, in his official capacity; DOE SHOOTER OFFICER in his individual and official capacity; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-02872-MRA-ADS<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 12(b)(6)] |

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants City of Anaheim and Chief Rick Armendariz, hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate any possible

disqualifications or recusals.

| Plaintiffs: | Plaintiffs' Counsel: |
|---|---|
| ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to DECEDENT ARZOLA, deceased, | LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Cooper Alison-Mayne (SBN 343169)<br>cmayne@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br><br>Nikhil Ramnaney<br>nikhil@harborjusticelaw.com<br>HARBOR JUSTICE LAW, APC<br>444 W. Ocean Blvd., Ste. 800<br>Long Beach, CA 90802<br>Tel: 562-241-1010<br><br>V. James DeSimone (SBN: 119668)<br>vjdesimone@gmail.com<br>Carmen D. Sabater (SBN: 303546)<br>cds820@gmail.com<br>Ryann E. Hall (SBN: 306080)<br>rhall@vjdlaw.com<br>Melika Amini (SBN: 354764)<br>mamini@vjdlaw.com<br>V. JAMES DESIMONE LAW<br>13160 Mindanao Way, Suite 280<br>Marina del Rey, California 90292<br>Telephone: 310.693.5561<br>Facsimile: 323.544.6880 |

-2-

NOTICE OF INTERESTED PARTIES

| **Defendants:** | **Defense Counsel:** |
|---|---|
| City of Anaheim<br>Chief Rick Armendariz | Steven J. Rothans<br>Jill Williams<br>CARPENTER, ROTHANS & DUMONT LLP<br>500 South Grand Avenue, 19th Floor<br>Los Angeles, California 90071<br>(213) 228-0400 / (213) 228-0401 (Fax)<br>srothans@crdlaw.com<br>jwilliams@crdlaw.com<br><br>ROBERT FABELA, CITY ATTORNEY<br>GREGG AUDET – State Bar No. 158682<br>Assistant City Attorney<br>200 S. Anaheim Boulevard, Suite 356<br>Anaheim, CA  92805<br>(714) 765-5169 / (714) 765-5123 [Fax]<br>gaudet@anaheim.net |

DATED:  May 8, 2026          CARPENTER, ROTHANS & DUMONT


By:  /s/ Jill Williams
     Jill Williams
     Attorneys for Defendants

-3-
NOTICE OF INTERESTED PARTIES