**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to DECEDENT ARZOLA, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANAHEIM; CHIEF OF POLICE RICK ARMENDARIZ, in his official capacity; DOE SHOOTER OFFICER in his individual and official capacity; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-02872-MRA-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY ACTION PENDING CONCLUSION OF ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE CRIMINAL INVESTIGATION** |

IT IS HEREBY ORDERED, following the Motion to Stay filed by the defendants, that the above-entitled action is stayed pending the conclusion of the criminal investigation into the underlying shooting that is being conducted by the Orange County District Attorney's Office.  The parties are ordered to file a joint status report regarding the stay on or before September 25, 2026.

IT IS SO ORDERED.

-1-

[PROPOSED] ORDER GRANTING MOTION TO STAY ACTION PENDING CONCLUSION OF ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE CRIMINAL INVESTIGATION

DATED: _____

Honorable Mónica Ramírez Almadani

United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO STAY ACTION PENDING CONCLUSION OF ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE CRIMINAL INVESTIGATION

- 1 -

NOTICE OF MOTION AND MOTION TO STAY