# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to ALBERTO ARZOLA, deceased,

    Plaintiffs,

v.

CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; DOES 1-10, individual Anaheim Police Officers; and DOES 11-50,

    Defendants.

Case No: 8:25-cv-02872 MRA (ADSx)

*[Assigned for all Purposes to Mónica Ramírez Almadani, Courtroom 9B]*

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ORDER STAYING CASE**

Hearing
Date: July 21, 2026
Time: 10:00 am
Location: Courtroom 9B

    The Court, having considered Defendants' Motion for Order Staying Case Pending Conclusion of Orange County District Attorney's Office Criminal Investigation, Plaintiffs' Opposition thereto, and all papers filed in support and opposition, hereby ORDERS as follows:

    Defendants' Motion to Stay is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Mónica Ramírez Almadani

United States District Judge

1

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ORDER STAYING CASE**
*Camacho and Arzola v. City of Anaheim, et al.*
Case No.: 8:25-cv-02872 MRA (ADSx)