V. James DeSimone (SBN: 119668)
vjdesimone@vjdlaw.com
Carmen D. Sabater (SBN: 303546)
csabater@vjdlaw.com
Ryann E. Hall (SBN: 308060)
rhall@vjdlaw.com
**V. JAMES DESIMONE LAW**
4052 Del Rey Ave, Suite 102
Marina del Rey, California 90292
Telephone: 310.693.5561
Facsimile: 323.544.6880
all@vjdlaw.com

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

Nikhil Ramnaney
nikhil@harborjusticelaw.com
**HARBOR JUSTICE LAW, APC**
444 W. Ocean Blvd., Ste. 800
Long Beach, CA 90802
Tel: 562-241-1010
Attorneys for PLAINTIFFS, ROSIE CAMACHO and ALBERT ARZOLA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to ALBERTO ARZOLA, deceased,<br><br>Plaintiffs,<br>v.<br>CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; DOES 1-10, individual Anaheim Police Officers; and DOES 11-50,<br><br>Defendants. | Case No: 8:25-cv-02872 MRA (ADSx)<br><br>*[Assigned for all Purposes to Monica Ramirez Almadani Courtroom 9B]*<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT UPON RULING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Plaintiffs ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to DECEDENT ARZOLA, deceased, and Defendants CITY OF ANAHEIM and CHIEF OF POLICE RICK ARMENDARIZ, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court approve the following:

1. Plaintiffs filed this civil rights action arising from the fatal shooting of nineteen-year-old Alberto Arzola by an Anaheim Police Department officer on December 6, 2025, in Anaheim, California.
2. Plaintiffs filed the operative First Amended Complaint on April 17, 2026. The First Amended Complaint names ROSIE CAMACHO and ALBERT ARZOLA as Plaintiffs, individually and as successors-in-interest to DECEDENT ARZOLA, and names CITY OF ANAHEIM, CHIEF OF POLICE RICK ARMENDARIZ, DOE SHOOTER OFFICER, and DOES 1-10 as Defendants.
3. Defendants CITY OF ANAHEIM and CHIEF OF POLICE RICK ARMENDARIZ filed a Motion to Dismiss the First Amended Complaint on May 8, 2026. The Motion challenges Plaintiffs' municipal liability claims, failure-to-train claim, ratification claim, false arrest/false imprisonment claim, and the sufficiency of the allegations against CHIEF RICK ARMENDARIZ. The Motion remains pending before the Court.
4. In addition to any amendments that may be afforded by the Court when ruling on the pending Motion to Dismiss, Plaintiffs intend to amend the pleadings to: (a) substitute Officer Nathan Garcia in place of DOE SHOOTER OFFICER; (b) add Pearl Arzola and minor M.T.C. as named Plaintiffs; and (c) add additional state law causes of action for all Plaintiffs, including claims based on the contemporaneous knowledge of and/or immediate witnessing of the incident and its aftermath.
5. The Parties agree that, because Defendants' Motion to Dismiss is fully

briefed and remains pending, it would be more efficient to defer the filing of the Second Amended Complaint until after the Court issues its ruling on the Motion to Dismiss. This procedure will allow Plaintiffs to incorporate any amendments the Court permits or requires in connection with its ruling and avoid unnecessary duplication of motion practice.

6. To address Plaintiffs' interest in diligently seeking amendment while avoiding inefficiency while the Motion to Dismiss remains pending, the Parties stipulate and respectfully request that the Court enter an order providing as follows:

   a. Plaintiffs may file a Second Amended Complaint substituting Officer Nathan Garcia in place of DOE SHOOTER OFFICER;

   b. Plaintiffs may file a Second Amended Complaint adding Pearl Arzola and minor M.T.C. as named Plaintiffs;

   c. Plaintiffs may add additional state law causes of action arising from the same incident, including claims for negligent infliction of emotional distress, intentional infliction of emotional distress, assault, negligence, and claims under California Civil Code section 52.1, as applicable; and

   d. Plaintiffs shall file the Second Amended Complaint within fourteen (14) days after the Court issues its ruling on Defendants' pending Motion to Dismiss the First Amended Complaint.

7. Defendants expressly reserve the right to challenge the sufficiency of the Second Amended Complaint and assert any appropriate defenses, including the right to file a motion to dismiss or any other responsive pleading or motion directed at the amended pleading.

8. This stipulation is not intended to waive, limit, or otherwise affect any party's claims, defenses, arguments, or objections, except as expressly stated herein.

///

IT IS SO STIPULATED.

Date: September 30, 2026

**V. JAMES DESIMONE LAW**
**DALE GALIPO LAW**

By: /s/ Ryann E. Hall
V. JAMES DESIMONE, ESQ.
CARMEN SABATER, ESQ.
RYANN E. HALL, ESQ.

Attorneys for PLAINTIFF, ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to ALBERTO ARZOLA, deceased

Date: September 30, 2026

**CARPENTER, ROTHANS & DUMONT LLP**

By: /s/ Jill Williams
STEPHEN J. ROTHANS, ESQ.
JILL WILLIAMS, ESQ.

Attorneys for DEFENDANTS, CITY OF ANAHEIM and CHIEF RICK ARMENDARIZ