UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROSIE CAMACHO and ALBERT ARZOLA, individually and as successors-in-interest to ALBERTO ARZOLA, deceased,

Plaintiffs,

v.

CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; DOES 1-10, individual Anaheim Police Officers; and DOES 11-50,

Defendants.

Case No: 8:25-cv-02872-MRA (ADSx)

*[Assigned for all Purposes to Monica Ramirez Almadani Courtroom 9B]*

**ORDER RE JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT UPON RULING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT [39]**

Having reviewed the Parties' Joint Stipulation to Allow Plaintiffs to File Second Amended Complaint Following Ruling on Defendants' Pending Motion to Dismiss, and good cause appearing, the Court ORDERS as follows:

1. Plaintiffs may file a Second Amended Complaint substituting Officer Nathan Garcia in place of DOE SHOOTER OFFICER.
2. Plaintiffs may add Pearl Arzola and minor M.T.C. as named Plaintiffs.
3. Plaintiffs may add additional state law causes of action arising from the same incident.

4. Plaintiffs shall file the Second Amended Complaint within fourteen (14) days after the Court issues its ruling on Defendants' pending Motion to Dismiss the First Amended Complaint.
5. Defendants may assert any appropriate defenses, objections, and responses to the Second Amended Complaint, including the right to file any motion challenging the amended pleading.

IT IS SO ORDERED.

DATED: October 1, 2026

Honorable Monica Ramirez Almadani
United States District Judge